```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEPHEN A. DORRANCE           :    CIVIL ACTION
                              :
          v.                  :
                              :
DAVID DIGUGLIELMO, et al.     :    NO. 07-1069
```

ORDER

AND NOW, this 16th day of July, 2007, upon careful and independent consideration of the Petition for Writ of Habeas Corpus (Docket No. 1), and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo (Docket No. 8), IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Petition for a Writ of Habeas Corpus is DISMISSED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.